UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**IN RE:**
**John Kevin Wilson**

**Christine Lisa Wilson a/k/a**
**Christina Lisa Schewe**
**4660 Poinciana Drive**
**Pensacola, Fl. 32526**

**CASE NO.#04-30161-LMK**

**Debtors.**
______________________________________/

# REAFFIRMATION AGREEMENT

**John Kevin Wilson and Christine Lisa Wilson a/k/a Christina Lisa Schewe**, Debtor, hereby reaffirm the indebtedness due Pensacola Government Federal Credit Union, Creditor herein, and agree to comply with all the terms set forth in the instruments on which the indebtedness and security interest are based, and further agree to pay Pensacola Government Federal Credit Union the sum of:

A. **$4,241.79**, the balance due on the **Signature loan # 55140-8-05** plus interest at the rate set forth in the instrument, all of which is payable, plus interest, at a rate of $112.00 monthly until fully paid, beginning on April 10th, 2004, 2002, Debtor waive discharge of this debt.

B. **$ 4,703.72,** the balance due on the **1994 Jeep Cherokee Serial # 1J4GZ78Y8RC347203 Used Auto loan # 55140-8-06** plus interest at the rate set forth in the instrument, all of which is payable, plus interest, at a rate of $123.00 monthly until fully paid, beginning on April 20, 2004, Debtor waive discharge of this debt.

C. **$9,900.74** the balance due on the **1999 Nissan Maxima Serial # JN1CA21DXXT202850 Used Auto loan # 55140-8-07** plus interest at the rate set forth in the instrument, all of which is payable, plus interest, at a rate of $212.00 monthly until fully paid, beginning on April 20th, 2004, Debtor waive discharge of this debt.

D. **$7, 403.05** the balance due on the **Visa Credit Card #4613 6300 0981 2061** plus interest at the rate set forth in the instrument, all of which is payable, plus interest, at a rate of $125.00 monthly until fully paid, beginning on due date for the April 2004, Debtor waive discharge of this debt.

CLERK
BANKRUPTCY COURT
NORTH/DIST. FLA
PENSACOLA, FLA
04 APR 14 PM 1:39

It is agrees and understood as follows:

1. This agreement will not be enforceable by either party until the requirements of 11 U.S.C. Section 524(c) have been met.

2. **<u>This Agreement may be rescinded at any time prior to discharge or within sixty days</u>**

**after it is filed with the Court, whichever occurs later, by giving notice of rescission to the other party of this Agreement.**

3. **This Agreement is not required under the Bankruptcy Code, under nonbankruptcy law, or under any agreement not in accordance with the provisions of 11 U.S.C. Section 524(c).**

4. As to the collateral securing the debts being reaffirmed, it is agreed that Debtors shall, during the interim period until this Agreement is enforceable, and thereafter, remain in possession of the collateral, which collateral is described in the instruments previously executed. Provided, however, that Debtor agree to surrender possession of said collateral of Creditor immediately upon (a) failure of the Debtor to furnish sufficient proof of insurance, make each payments when due or otherwise fail to comply with any terms of this Agreement prior to it becoming enforceable.

5. If this Agreement is rescinded, Debtor agrees that Creditor shall retain all payments made prior to rescission.

Executed this 31 day of March, 2004

John Kevin Wilson
**John Kevin Wilson**

Christine Lisa Wilson
**Christine Lisa Wilson a/k/a**
**Christina Lisa Schewe**

Debbie L Moore
**Debbie L. Moore-Loan Manager**
Pensacola Government
FCU
108 South Reus Street
Pensacola, FL 32501
(850) 432-9939